Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 11−15863−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gustavo Quintero Sr.
125 Valley View Drive
Rockaway, NJ 07866

Gwendolyn Quintero
aka Gwen Quintero
125 Valley View Drive
Rockaway, NJ 07866

Social Security No.:
xxx−xx−0347

xxx−xx−5892

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on January 12, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 93 − 92
Consent Order Resolving Objection to Response to Trustee's Final CureNotice, (related document:92 Certificate of Consent filed by Creditor Ditech Financial LLC f/k/a Green Tree Servicing LLC). Filed by Mark Goldman, Robert P. Saltzman, Gustavo Quintero (debtor), Sr. and Gwendolyn Quintero(co−debtor). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/11/2017. (jf)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 12, 2017
JAN: jf

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                        Case No. 11-15863-VFP
Gustavo Quintero                                              Chapter 13
Gwendolyn Quintero
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin                  Page 1 of 2           Date Rcvd: Jan 12, 2017
                              Form ID: orderntc            Total Noticed: 8


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2017.
db/jdb         +Gustavo Quintero, Sr.,    Gwendolyn Quintero,    125 Valley View Drive,    Rockaway, NJ 07866-1508
aty            +Kristina Gandolfo Murtha,    Kivitz McKeever Lee, P.C.,    701 Market St,   Suite 5000,
                 Philadelphia, PA 19106-1541
cr             +BAC Home Loans Servicing, LP fka Countrywide Home,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
cr             +GMAC Mortgage, LLC as servicer for the Bank of New,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: bankruptcy.bnc@ditech.com Jan 12 2017 23:35:58
                 Ditech Financial LLC f/k/a Green Tree Servicing LL,    P.O. Box 6154,
                 Rapid City, SD  57709-6154
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Jan 12 2017 23:35:58
                 Green Tree Servicing LLC, as authorized servicer f,    PO Box 6154,    Rapid City, SD 57709-6154
cr             +E-mail/Text: bncmail@w-legal.com Jan 12 2017 23:36:25      TD Bank USA, N.A.,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
cr             +E-mail/Text: bncmail@w-legal.com Jan 12 2017 23:36:38      Vanda, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
                                                                                             TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +GMAC Mortgage LLC as servicer for The Bank of New,    Phelan Hallinan & Schmieg PC,
                 400 Fellowship Rd Ste 100,   Mt Laurel, NJ 08054-3437
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2017 at the address(es) listed below:
              Clifford B. Frish    on behalf of Joint Debtor Gwendolyn  Quintero yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
              Clifford B. Frish    on behalf of Debtor Gustavo  Quintero, Sr. yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
              David G. Beslow    on behalf of Joint Debtor Gwendolyn  Quintero yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
              David G. Beslow    on behalf of Debtor Gustavo  Quintero, Sr. yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
              Denise E. Carlon    on behalf of Creditor    TD Bank, N.A., successor by merger to Commerce Bank,
               N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jennifer Novick    on behalf of Creditor    GMAC Mortgage, LLC as servicer for the Bank of New
               York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as
               successor to JPMorgan Chase Bank N.A. as Trustee nj.bkecf@fedphe.com,    Erika.olsen@fedphe.com
              Jennifer Novick    on behalf of Creditor    BAC Home Loans Servicing, LP fka Countrywide Home
               Loans Servicing, LP nj.bkecf@fedphe.com,    Erika.olsen@fedphe.com
              Jennifer R. Gorchow    on behalf of Creditor    GMAC Mortgage LLC as servicer for The Bank of New
               York Mellon Trust Company National Association fka The Bank of New York Trust Company NA as
               successor to JPMorgan Chase Bank NA as Trustee RFMSII 2005 nj.bkecf@fedphe.com
              Joshua I. Goldman    on behalf of Creditor    TD Bank, N.A., successor by merger to Commerce Bank,
               N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kenneth S. Jannette    on behalf of Creditor    TD Bank USA, N.A. ken.jannette@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Mark Goldman    on behalf of Debtor Gustavo  Quintero, Sr. yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Jan 12, 2017
                              Form ID: orderntc        Total Noticed: 8
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Mark Goldman    on behalf of Joint Debtor Gwendolyn  Quintero yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
          R. A. Lebron    on behalf of Creditor    HSBC MORTGAGE SERVICES, as servicer for HOUSEHOLD FINANCE CORP. III bankruptcy@feinsuch.com
          Robert P. Saltzman    on behalf of Creditor    Green Tree Servicing LLC, as authorized servicer for Fannie Mae, as owner and holder of account/contract originated by Capital One Home Loans, LLC dnj@pbslaw.org
          Robert P. Saltzman    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC dnj@pbslaw.org

                                                              TOTAL: 16