UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys' for the Mortgagee
File No. 080186B

In Re:

Gustavo Quintero, Sr.
Gwendolyn Quintero a/k/a Gwen Quintero

Order Filed on January 11, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 11-15863-VFP

Hearing Date: December 1, 2016

Judge: Vincent F. Papalia

# CONSENT ORDER
## RESOLVING OBJECTION TO RESPONSE TO TRUSTEE'S FINAL CURE NOTICE

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: January 11, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2
Debtor: Gustavo Quintero and Gwendolyn Quintero
Case No: 11-15863-VFP
Caption of Order: Consent Order Resolving Objection to Response to Trustee's Final Cure Notice

This matter having come before the Court on Objection (the "Objection") of the Debtors, by and through counsel, Goldman & Beslow, LLC, Mark Goldman, Esquire, appearing, to the Response to the Trustee's Final Cure Notice of the Mortgagee, Ditech Financial LLC f/k/a Green Tree Servicing LLC ("Ditech" or the "Mortgagee"), by and through counsel, Pluese, Becker & Saltzman, LLC, Rob Saltzman, Esquire, appearing, having consent hereto and good cause having been shown; IT is hereby, ORDERED as follows:

1. The Debtors' mortgage account is contractually due for $16,710.50 (5 payments at $3,489.38 per month with $736.40 in suspense for the months from July 1, 2016 through November 1, 2016).

2. The Debtors are permitted to bring the contractual arrearages current as follows:
a. Debtors shall tender, in good funds, the sum of $13,957.52 immediately.
b. Debtors shall tender the December 1, 2016 payment, in the amount of $3,489.38, by December 31, 2016.
c. The balance of the contractual arrears in the amount of $2,752.98 shall be cured by the Debtors paying $1,376.49 per month in addition to the regular payment of $3,489.38 for a total of $4,865.87 for the months of January 1, 2017 and February 1, 2017. Regular payments shall commence thereafter, or when the Debtors' contractual payments are fully current.

3. Upon payment of the aforesaid amounts, the account shall be deemed both pre-Petition and post-Petition current with no further costs, fees, charges, or payments due.

**Page 3**
Debtor: Gustavo Quintero and Gwendolyn Quintero
Case No: 11-15863-VFP
Caption of Order: Consent Order Resolving Objection to Response to Trustee's Final Cure Notice

We hereby consent to the form and entry of the within Order.

PLUESE, BECKER & SALTZMAN, LLC          GOLDMAN & BESLOW, LLC

By: /s/ Rob Saltzman                              By:    /s/ Mark Goldman
    Rob Saltzman, Esquire                         Mark Goldman, Esquire
    Attorneys for the Mortgagee                   Attorney for the Debtors


By: /s/ Gustavo Quintero, Sr.                   By:   /s/ Gwendolyn Quintero
    Gustavo Quintero, Sr.                              Gwendolyn Quintero
    Debtor                                                     Co-Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 11-15863-VFP
Gustavo Quintero                                                    Chapter 13
Gwendolyn Quintero
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1             Date Rcvd: Jan 12, 2017
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2017.
db/jdb         +Gustavo Quintero, Sr.,   Gwendolyn Quintero,   125 Valley View Drive,   Rockaway, NJ 07866-1508

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2017                                      Signature:  /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2017 at the address(es) listed below:
              Clifford B. Frish    on behalf of Joint Debtor Gwendolyn  Quintero yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
              Clifford B. Frish    on behalf of Debtor Gustavo  Quintero, Sr. yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
              David G. Beslow    on behalf of Joint Debtor Gwendolyn  Quintero yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
              David G. Beslow    on behalf of Debtor Gustavo  Quintero, Sr. yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
              Denise E. Carlon    on behalf of Creditor    TD Bank, N.A., successor by merger to Commerce Bank,
               N.A. dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jennifer  Novick    on behalf of Creditor     BAC Home Loans Servicing, LP fka Countrywide Home
               Loans Servicing, LP nj.bkecf@fedphe.com,    Erika.olsen@fedphe.com
              Jennifer  Novick    on behalf of Creditor    GMAC Mortgage, LLC as servicer for the Bank of New
               York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as
               successor to JPMorgan Chase Bank N.A. as Trustee in nj.bkecf@fedphe.com,    Erika.olsen@fedphe.com
              Jennifer R. Gorchow    on behalf of Creditor    GMAC Mortgage LLC as servicer for The Bank of New
               York Mellon Trust Company National Association fka The Bank of New York Trust Company NA as
               successor to JPMorgan Chase Bank NA as Trustee RFMSII 2005 nj.bkecf@fedphe.com
              Joshua I. Goldman    on behalf of Creditor    TD Bank, N.A., successor by merger to Commerce Bank,
               N.A. jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kenneth S. Jannette    on behalf of Creditor    TD Bank USA, N.A. ken.jannette@gmail.com
              Marie-Ann  Greenberg     magecf@magtrustee.com
              Mark  Goldman    on behalf of Joint Debtor Gwendolyn  Quintero yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
              Mark  Goldman    on behalf of Debtor Gustavo  Quintero, Sr. yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
              R. A. Lebron    on behalf of Creditor    HSBC MORTGAGE SERVICES, as servicer for HOUSEHOLD FINANCE
               CORP. III bankruptcy@feinsuch.com
              Robert P. Saltzman    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
               dnj@pbslaw.org
              Robert P. Saltzman    on behalf of Creditor    Green Tree Servicing LLC, as authorized servicer for
               Fannie Mae, as owner and holder of account/contract originated by Capital One Home Loans, LLC
               dnj@pbslaw.org
                                                                                               TOTAL: 16