Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 11−15863−VFP
                    Chapter:  13
                    Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Gustavo Quintero Sr. | Gwendolyn Quintero |
| 125 Valley View Drive | aka Gwen Quintero |
| Rockaway, NJ 07866 | 125 Valley View Drive |
| | Rockaway, NJ 07866 |

Social Security No.:
  xxx−xx−0347                                     xxx−xx−5892

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 2, 2017</u>          <u>Vincent F. Papalia</u>
                                          Judge, United States Bankruptcy Court